UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FABIOLA ROMAN, | § |
| Plaintiff, | § |
| v. | §   No. 4:10-CV-02383 |
| CREDIT COLLECTION SERVICES, | § |
| Defendant. | § |

## STIPULATION TO DISMISS

Plaintiff, FABIOLA ROMAN (Plaintiff), and Defendant, CREDIT COLLECTION SERVICES (Defendant), through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court to dismiss this case, with prejudice, both sides to bear their own fees and costs.

By:  /s/ Michael S. Agruss_____
    Michael S. Agruss
    CA SBN: 259567
    Krohn & Moss, Ltd.
    10474 Santa Monica Blvd.
    Suite 401
    Los Angeles, CA 90025
    Tel: 323-988-2400 x235
    Fax: 866-620-2956
    magruss@consumerlawcenter.com
    Attorneys for Plaintiff

By:/s/  Kandy E. Messenger_____
    Kandy E. Messenger
    Sprott, Rigby, Newson, Robbins & Lunceford, PC
    TX SBN: 24053360
    Fed ID No.: 638777
    2211 Norfolk, Suite 1150
    Houston, TX 77098
    Tel: 713-523-8338
    Fax: 713-523-9422
    messenger@sprottrigby.com
    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on October 12, 2010, the attached STIPULATION TO DISMISS was served on all parties of record electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

> By: /s/ Michael S. Agruss
> Michael S. Agruss
> CA SBN: 259567
> Krohn & Moss, Ltd.
> 10474 Santa Monica Blvd., Suite 401
> Los Angeles, CA 90025
> Tel: 323-988-2400 x235
> Fax: 866-620-2956
> magruss@consumerlawcenter.com
> Attorneys for Plaintiff